No. 158. HILMA NELSON, PLAINTIFF IN ERROR, v. RICHARD G. WOOD. In error to the United States Circuit Court of Appeals for the Third Circuit. Argued January 11 and 12 for the plaintiff in error, and submitted by defendant in error. Decided January 17, 1916. Per

*Curiam.* Dismissed for want of jurisdiction upon the authority of *Bagley* v. *General Fire Extinguisher Co.,* 212 U. S. 477; *McCormick* v. *Oklahoma City,* 236 U. S. 657; *St. Anthony Church* v. *Pennsylvania R. R.,* 237 U. S. 575; *Merriam Co.* v. *Syndicate Publishing Co.,* 237 U. S. 618. *Mr. A. J. H. Frank* for the plaintiff in error. *Mr. C. E. Morgan, 3d,* and *Mr. R. Stuart Smith* for the defendant in error.